THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM PHILLIPS, Appellant. [735 NYS2d 311] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of robbery in the second degree (Penal Law § 160.10 [1]) in connection with the late-night robbery of a 94-year-old man in the man's home. We reject the contention of defendant that County Court abused its discretion in denying his request for youthful offender status (*see,* CPL 720.20 [1] [a]). Despite defendant's limited involvement in causing injury to the victim, the violent nature of the crime is sufficient reason to deny defendant's

request (*see, People v Woods,* 239 AD2d 630, 631, *lv denied* 89 NY2d 1103). We decline to exercise our power to adjudicate defendant a youthful offender as a matter of discretion in the interest of justice (*see generally,* CPL 470.15 [6] [a]; *cf., People v Shrubsall,* 167 AD2d 929, 930). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Wayne County Court, Kehoe, J.—Robbery, 2nd Degree.) Present—Hayes, J. P., Scudder, Burns, Gorski and Lawton, JJ.